UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE GJOKAJ,

       Plaintiff,                            Case No.  06-13179

v.                                           District Judge George Caram Steeh
                                             Magistrate Judge R.  Steven Whalen

NATIONWIDE MUTUAL INSURANCE
COMPANY,

       Defendant.

_____/

**ORDER GRANTING MOTION TO COMPEL PLAINTIFF'S DEPOSITION**

Defendant's Emergency Motion to Compel the Plaintiff's Deposition [Docket #9] is hereby GRANTED.  Plaintiff's deposition shall take place on April 2, 2007.  Defendant shall not at this time be ordered to produce hard copies of the documents previously produced in electronic form.

SO ORDERED.

                                                   S/R.  Steven Whalen
                                                 R.  STEVEN WHALEN
                                                 UNITED STATES MAGISTRATE JUDGE

Dated:  March 15, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 15, 2007.

S/Gina Wilson
Judicial Assistant